| AO 10 Rev. 1/2007 | FINANCIAL DISCLOSURE REPORT FOR CALENDAR YEAR 2006 | Report Required by the Ethics in Government Act of 1978 (5 U.S.C. app. §§ 101-111) |



| 1. Person Reporting (last name, first, middle initial)<br><br>Wilkins, William W | 2. Court or Organization<br><br>U.S.C.A., Fourth Circuit | 3. Date of Report<br><br>05/07/2007 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. Circuit Judge (Active) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☒ Annual    ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>01/01/2006<br>to<br>12/31/2006 |
| 7. Chambers or Office Address<br><br>PO Box 10857<br>Greenville, SC 29603-0857 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Strom Thurmond Foundation |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of instructions.)*

☒ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

2007 MAY -8 A 11: 45 RECEIVED FINANCIAL DISCLOSURE OFFICE

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/07/2007 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2006 | Charleston School of Law - teaching | $ 24,780.00 |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☒ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## IV. REIMBURSEMENTS — *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)*

☐ NONE *(No reportable reimbursements.)*

| SOURCE | DESCRIPTION |
|---|---|
| 1. Federal Bar Association | May 31-June 3, 2006 - Miami, FL - National Federal Sentencing Guidelines Seminar (transportation, lodging, food) |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/07/2007 |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of instructions.)*

[X] NONE *(No reportable gifts.)*

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children. See pp. 32-33 of instructions.)*

[X·] NONE *(No reportable liabilities.)*

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |
| 5. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Templeton Growth Fund, Stock | C | Dividend | | | sell | 10-06 | L | E | |
| 2. SEI Investments (fmrly Regions), Money Market #1 | B | Interest | K | T | transfer | 09-22 | K | | |
| 3. First Horizon, Stock | B | Dividend | L | T | | | | | |
| 4. Granite Village,Granite Falls, SC, Ltd Partnership | | None | J | U | | | | | |
| 5. South Financial Corp., Stock | D | Dividend | N | T | | | | | |
| 6. Palmetto Bank, account | D | Interest | N | T | | | | | |
| 7. Van Kampen Merritt Municipal Trust Fund, Bonds | A | Dividend | | | sell | 12-08 | J | | |
| 8. Seligman South Carolina Tax-Exempt Fund | B | Dividend | K | T | | | | | |
| 9. Eaton Vance Municipals, Bonds | B | Dividend | K | T | | | | | |
| 10. Washington Mutual Investors Fund, Mutual Fund | B | Dividend | M | T | | | | | |
| 11. AIM Aggressive Growth Fund, Mutual Fund | | None | | | sell | 10-06 | J | D | |
| 12. SEI Investments (fmrly Wachovia Securities), IRA #1 | A | Dividend | L | T | transfer | 10-11 | L | | |
| 13. American Services, Inc., Stock | F | Dividend | L | T | | | | | |
| 14. John Hancock Financial Ind. Fund | A | Dividend | K | T | | | | | |
| 15. Wells Fargo & Co., Stock | C | Dividend | L | T | | | | | |
| 16. Synovus Financial Corp., Stock | A | Dividend | | | sell | 12-08 | K | D | |
| 17. Regions Financial Corp., Stock | A | Dividend | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. Boeing Co., Stock | B | Dividend | L | T | | | | | |
| 19. Abbott Laboratories, Stock | A | Dividend | K | T | | | | | |
| 20. SEI Investments (fmrly American Express), IRA #2 | A | Dividend | L | T | transfer | 09-14 | L | | |
| 21. JP Morgan Chase, Stock | B | Dividend | L | T | | | | | |
| 22. Waste Management, Inc., Stock | C | Dividend | M | T | | | | | |
| 23. Grey Wolf, Inc. | | None | K | T | | | | | |
| 24. EMC Corp., Stock #1 | | None | | | sell | 12-08 | J | | |
| 25. Intel Corp., Stock | A | Dividend | | | sell | 12-08 | J | | |
| 26. Patterson-UTI, Stock | A | Dividend | | | sell | 12-08 | J | C | |
| 27. Growth Fund, Mutual Fund | A | Dividend | L | T | | | | | |
| 28. GMAC, Bonds | A | Interest | K | T | | | | | |
| 29. Walt Disney Co., Stock | A | Dividend | L | T | | | | | |
| 30. Wachovia Corp., Stock | C | Dividend | L | T | | | | | |
| 31. Greater Bay Bancorp, Stock | A | Dividend | J | T | | | | | |
| 32. Pacific Capital Bancorp, Stock | A | Dividend | K | T | | | | | |
| 33. Omi Corp., Stock | A | Dividend | K | T | partial sell | 03-17 | K | D | |
| 34. Home Depot, Stock | A | Dividend | J | T | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. Ford Motor, Stock #1 | A | Dividend | | | sell | 03-17 | K | E | |
| 36. Goodrich Corp., Stock | B | Dividend | L | T | | | | | |
| 37. Carolina Group, Stock | B | Dividend | L | T | | | | | |
| 38. Texas Instruments, Stock #1 | A | Dividend | L | T | | | | | |
| 39. Tyco International, Stock | A | Dividend | K | T | | | | | |
| 40. Liberty All Star Equity Fund #1 | A | Dividend | | | sell | 10-11 | J | | |
| 41. SEI Investments (fmrly Wachovia), Money Mkt #2 | A | Interest | K | T | transfer | 10-11 | K | | |
| 42. Allied Waste, Stock | | None | L | T | | | | | |
| 43. Charming Shoppes, Stock | | None | L | T | | | | | |
| 44. Hanover Compressor, Stock | | None | K | T | | | | | |
| 45. Koninklijke Philips, Stock | A | Dividend | K | T | | | | | |
| 46. Rite Aid, Stock | | None | K | T | partial sell | 03-17 | K | | |
| 47. Tenet Healthcare, Stock | | None | | | sell | 12-11 | J | | |
| 48. Ford Motor, Stock #2 | A | Dividend | | | sell | 03-20 | J | | |
| 49. Texas Instruments, Stock #2 | A | Dividend | J | T | | | | | |
| 50. XM Satellite, Stock | | None | | | sell | 02-17 | J | B | |
| 51. Vivian Wong, LLC | B | Distribution | J | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | P4 =More than $50,000,000 S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. Fairforest of Greenville, LLC | | None | J | T | | | | | |
| 53. Agco Corp., Stock #1 | | None | L | T | | | | | |
| 54. EMC Corp., Stock #2 | | None | L | T | | | | | |
| 55. Juniper Networks, Stock | | None | K | T | | | | | |
| 56. Lone Star Technologies, Stock | | None | | | sell | 04-27 | L | F | |
| 57. Massey Energy Corp., Stock | A | Dividend | | | sell | 03-17 | K | E | |
| 58. Nicholas-Applegate Fund, Stock | C | Dividend | K | T | | | | | |
| 59. Nortel Networks Corp., Stock | | None | | | sell | 12-11 | K | | |
| 60. Pfizer, Inc., Stock | A | Dividend | | | sell | 12-11 | K | | |
| 61. Regal Entertainment, Stock | A | Dividend | K | T | | | | | |
| 62. SEI Investments (fmrly Jesup), Money Market #3 | C | Interest | M | T | transfer | 12-22 | M | | |
| 63. Dreyfus Premier, Mutual Fund | D | Dividend | M | T | | | | | |
| 64. Agco Corp., Stock #2 | | None | | | sell | 12-08 | J | C | |
| 65. SEI Investments (fmrly Calvert), Money Market #4 | E | Interest | N | T | transfer | 12-22 | N | | |
| 66. SEI Investments (fmrly Federated), Money Market #5 | C | Dividend | M | T | transfer | 09-27 | M | | |
| 67. Duke Energy, Bonds | A | Interest | | | sell | 12-08 | J | B | |
| 68. Greenville County Airport, Bonds | D | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. Horry County, Bonds | B | Interest | K | T | | | | | |
| 70. Mt. Pleasant 3.875, Bonds | B | Interest | K | T | | | | | |
| 71. SC State Hwy, Bonds | B | Interest | L | T | | | | | |
| 72. Hartford Leaders, Annuity | | None | M | T | | | | | |
| 73. MetLife Whole Life Policy | A | Dividend | J | T | | | | | |
| 74. Banco Santander, CD | A | Interest | | | redemption | 10-11 | K | | |
| 75. Rydex Juno, Mutual Fund | | None | | | sell | 12-08 | J | | |
| 76. Targeted Genetics, Stock | | None | | | sell | 12-08 | J | | |
| 77. World Acceptance, Stock #1 | | None | | | sell | 05-11 | K | D | |
| 78. Hospira, Inc., Stock | | None | J | T | | | | | |
| 79. Hydril, Stock | | None | L | T | | | | | |
| 80. Krispy Kreme, Stock | | None | | | sell | 12-11 | J | | |
| 81. American Investigative, Stock | | None | J | T | | | | | |
| 82. First Eagle Global Fund, Mutual Fund | B | Interest | | | sell | 10-19 | K | C | |
| 83. Greenwood Utility, Bonds | A | Interest | | | redemption | 12-01 | K | | |
| 84. Williston School District, Bonds | A | Interest | K | T | | | | | |
| 85. Greenwood School District, Bonds | C | Interest | L | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | T =Cash Market | |
| | Q =Appraisal | V =Other | S =Assessment | | |
| | U =Book Value | | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)*

[ ] NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month – Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. SC Trans. Infrastructure, Bonds | A | Interest | K | T | | | | | |
| 87. Western Carolina Sewer, Bonds | A | Interest | K | T | | | | | |
| 88. Palmetto Bank, CD | D | Interest | | | matured | 09-15 | N | | |
| 89. Independence Bank, Money Market | E | Interest | M | T | | | | | |
| 90. Independence Bank, CD | C | Interest | L | T | | | | | |
| 91. Bankgreenville, Stock | | None | J | T | | | | | |
| 92. Powershares Dynamic Oil, Stock | | None | K | T | | | | | |
| 93. Streettracks, Stock | A | Dividend | L | T | | | | | |
| 94. Procter & Gamble, Stock | A | Dividend | L | T | | | | | |
| 95. Washington Mutual, Stock #1 | B | Dividend | K | T | | | | | |
| 96. Independence Bancshares, Stock | | None | J | T | | | | | |
| 97. Washington Mutual, Stock #2 | A | Dividend | J | T | | | | | |
| 98. RF Micro Devices, Stock | | None | | | sell | 12-11 | K | | |
| 99. Chevron Corp., Stock | A | Dividend | J | T | | | | | |
| 100. Liberty All-Star, Equity Fund #2 (NEW) | A | Dividend | | | buy | 01-26 | K | | |
| 101. Liberty All-Star, Equity Fund #2 (NEW) | | | | | sell | 12-08 | K | A | |
| 102. Microsoft Corp., Stock #1 (NEW) | A | Dividend | | | buy | 04-27 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes | P3 =$25,000,001 - $50,000,000 | R =Cost (Real Estate Only) | P4 =More than $50,000,000 | | |
| (See Column C2) | Q =Appraisal | V =Other | S =Assessment | T =Cash Market | |
| | U =Book Value | | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/07/2007 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of the spouse and dependent children. See pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. Microsoft Corp., Stock #1 (NEW) | | | | | sell | 12-08 | J | A | |
| 104. Riversource, Equity Fund (NEW) | | None | | | buy | 09-07 | K | | |
| 105. Riversource, Equity Fund (NEW) | | | | | sell | 12-08 | K | | |
| 106. Bank of America, Stock (NEW) | B | Dividend | L | T | buy | 04-27 | K | | |
| 107. CVS, Stock (NEW) | A | Dividend | L | T | buy | 03-22 | L | | |
| 108. Microsoft Corp., Stock #2 (NEW) | A | Dividend | K | T | buy | 04-27 | K | | |
| 109. Peabody Energy, Stock (NEW) | A | Dividend | K | T | buy | 03-22 | K | | |
| 110. Staples, Stock (NEW) | A | Dividend | L | T | buy | 03-22 | L | | |
| 111. Charleston Cty Airport, Bonds (NEW) | A | Interest | K | T | buy | 03-13 | K | | |
| 112. Piedmont Muni Power, Bonds (NEW) | A | Interest | J | T | buy | 05-17 | J | | |
| 113. Champion Communications, Stock (NEW) | | None | J | T | buy | 11-15 | J | | |
| 114. MetroCon, Stock (NEW) | | None | J | T | buy | 04-04 | J | | |
| 115. Liberty All-Star, Equity Fund #3 (NEW) | A | Dividend | K | T | buy | 01-13 | K | | |
| 116. World Acceptance, Stock #2 | | None | K | T | buy | 08-04 | K | | |

1. Income Gain Codes:  A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
(See Columns B1 and D4)  F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000
2. Value Codes  J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
(See Columns C1 and D3)  N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
3. Value Method Codes  P3 =$25,000,001 - $50,000,000  R =Cost (Real Estate Only)  P4 =More than $50,000,000
(See Column C2)  Q =Appraisal  V =Other  T =Cash Market
U =Book Value  S =Assessment
W =Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/07/2007 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of Report.)*

I. POSITIONS: I serve on a committee which reviews applications and awards scholarships from the Strom Thurmond Foundation to students attending colleges in S. C. I receive no compensation for this work, nor has any ▉▉▉▉ of my ▉▉▉ ever benefited in any way from this Foundation.

LAST YEAR'S REPORT - VII(1): Fannie Mae, bonds, was omitted from this report because the value and income have declined below the reporting threshold.

VII(12): This is a widely-held investment fund in which I exercise no control over the financial interests held by the fund. The account is traded by SEI Investments without my direction or advance knowledge. Therefore, the underlying stocks, bonds, or other assets are not required to be listed here.

VII(20): This is a widely-held investment fund in which I exercise no control over the financial interests held by the fund. The account is traded by SEI Investments without my direction or advance knowledge. Therefore, the underlying stocks, bonds, or other assets are not required to be listed here.

| Name of Person Reporting | Date of Report |
|---|---|
| Wilkins, William W | 05/07/2007 |

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature ████████████████████ Date _May 7, 2007_

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544